UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, et al.<br><br>           Plaintiff,<br><br>      v.<br><br>REBECCA NAVARRO,<br><br>           Defendant. | No. CV-06-361-FVS<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

**THIS MATTER** having come before the Court based upon the plaintiffs' motion for default judgment; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiffs' motion for default judgment **(Ct. Rec. 13)** is granted.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___6th___ day of July, 2007.

                                     s/ Fred Van Sickle
                                          Fred Van Sickle
                               United States District Judge

- 1