Scott T. Wilsdon
Lyle A. Tenpenny
Yarmuth Wilsdon Calfo PLLC
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 516-3800

The Honorable Fred L. Van Sickle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

REBECCA NAVARRO (aka REBECCA MANSON),

Defendant.

No. 2:06-cv-00361-FVS

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION No. 2:06-cv-00361-FVS - Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

Having considered Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is ORDERED:

1.  Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Le Freak," on album "C'est Chic," by artist "Chic" (SR# 4-546);
- "With You," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Red Red Wine," on album "Labour of Love," by artist "UB40" (SR# 49-244);
- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);
- "Around The Way Girl," on album "Mama Said Knock You Out," by artist "LL Cool J" (SR# 123-555);
- "Move Bitch," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION No. 2:06-cv-00361-FVS - Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800 F 206 516 3888

1  and in any other sound recording, whether now in existence or later created,
2  that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or
3  affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without
4  limitation by using the Internet or any online media distribution system to
5  reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,
6  upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings
7  available for distribution to the public, except pursuant to a lawful license or
8  with the express authority of Plaintiffs. Defendant also shall destroy all copies
9  of Plaintiffs' Recordings that Defendant has downloaded onto any computer
10 hard drive or server without Plaintiffs' authorization and shall destroy all copies
11 of those downloaded recordings transferred onto any physical medium or
12 device in Defendant's possession, custody, or control.

13
14 DATED:  07/06/2007             By:  s/ Fred Van Sickle
15                                     Hon. Fred L. Van Sickle
                                       United States District Judge

[PROPOSED] DEFAULT JUDGMENT AND
PERMANENT INJUNCTION No. 2:06-cv-00361-
FVS - Page 3

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

305.49 hf261301